HANSON BRIDGETT LLP
PATRICK GLENN- 141604
pglenn@hansonbridgett.com
KEVIN REESE - 172992
kreese@hansonbridgett.com
JAHMAL T. DAVIS - 191504
jdavis@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
AMERICA WEST AIRLINES, INC. and
U.S. AIRWAYS, INC.

ORIGINAL
FILED
APR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EMC

CLARISE JOY STEMLEY,

Plaintiff,

v.

AMERICA WEST AIRLINES, INC.; US AIRWAYS, INC.; and DOES 1 THROUGH 25,

Defendant.

No. C08-02040

NOTICE OF REMOVAL OF ACTION

ADR

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT Defendants AMERICA WEST AIRLINES, INC. and U.S. AIRWAYS, INC. (hereinafter collectively "Defendants") hereby remove to this Court, on the basis of diversity jurisdiction, the state court action described below:

1. State Court Action: On February 14, 2008, Plaintiff CLARISE JOY STEMLEY (hereinafter "Plaintiff" or "Stemley") commenced this action in the Superior Court for the State of California, in and for the County of Alameda, entitled *Clarise Joy Stemley v. America West Airlines, Inc.; US Airways, Inc.*, Case No. RG08371442. A true and correct copy of the Summons and Verified Complaint filed by Plaintiff is attached

hereto as **Exhibit A**;

2. Timely Removal: Defendants were served with a copy of the Summons and Verified Complaint on March 21, 2008. A true and correct copy of the Summons served upon Defendants is attached hereto as **Exhibit B**;

3. Answer: Defendants have not filed an Answer to the Complaint but will appropriately respond pursuant to Federal Rule of Civil Procedure 81(c) after the removal of this action;

4. Jurisdiction: This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, and is one that may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. section 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs;

5. Citizenship: Complete diversity of citizenship exists in that Plaintiff is a resident of the State of Florida. Defendant U.S. Airways, Inc. was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arizona. Defendant America West Airlines, Inc. was, at the time of the filing of this action, and still is, a limited liability company registered under the laws of the State of Delaware and having its principal place of business in the State of Arizona.

6. Request for Statement of Damages: On March 31, 2008, Defendants served upon Plaintiff a Request for Statement of Damages pursuant to California Code of Civil Procedure section 425.11. A copy of the Request for Statement of Damages and accompanying proof of service is attached hereto as **Exhibit C**. On April 16, 2008, Plaintiff served upon Defendants Plaintiff's Response to Defendants' Request for Statement of Damages. A copy of Plaintiff's Response to Defendants' Request for Statement of Damages and the accompanying proof of service is attached hereto as **Exhibit D**;

/ / /

7. Amount in Controversy: The Complaint seeks damages for three causes of action, including race discrimination, disability discrimination and denial of medical leave Family Rights Act, but it does not set forth the amount in controversy. In response to Defendants' Request for Statement of Damages, Plaintiff certified that she seeks damages for loss of earnings in the amount of $65,000. Plaintiff also seeks damages for future earnings, pain and suffering, punitive damages, and attorney's fees and costs, all of which have yet to be ascertained. Thus, Defendants reasonably believe that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. *See, White v. FCI USA, Inc.* (5th Cir. 2003) 319 F.3d 672, 674 (Court determined it was facially apparent that Plaintiff's wrongful termination claim exceeded $75,000 based on her "lengthy list of compensatory and punitive damages," including loss of pay, impaired earning capacity, emotional distress, and a request for attorneys' fees.);

8. Venue: Venue lies in the United States District Court for the Northern District of California in that a substantial part of the alleged events or omissions on which Plaintiff's claims are based occurred in Oakland, California. 28 U.S.C. §1391(b);

9. Intradistrict Assignment: Pursuant to Civil L.R. 3-2(d), this action is proper in the Oakland Division because the action arose in the County of Alameda;

10. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of California, County of Alameda;

11. Pursuant to 28 U.S.C. §1446(d), Defendants are providing written notice to Plaintiff;

12. State Court Documents: Pursuant to the provisions of 28 U.S.C. §1446(a), Defendants attach herewith, and incorporate by reference, the following documents, which are all process, pleadings, and orders served on Defendants and filed in the Superior Court of the State of California in and for the County of Alameda prior to the filing of this Notice of Removal:

a. Summons and Plaintiff's Verified Complaint: Alameda County Superior Court, Case No. RG08371442 (**Exhibit A**);

b. Civil Case Cover Sheet, Notice of Case Management Conference and Order, and Notice of Judicial Assignment for All Purposes: Alameda County Superior Court, Case No. RG08371442 (**Exhibit E**);

13. <u>Service</u>: Written Notice to Plaintiff and Proof of Service of the filing of this Notice of Removal by Defendants will be served upon all parties as required by law.

WHEREFORE, Defendants respectfully request that this action now proceed against Defendants in this Court as an action properly removed.

DATED: April 18, 2008

HANSON BRIDGETT LLP

By: [signature]
PATRICK GLENN
KEVIN D. REESE
JAHMAL T. DAVIS
Attorneys for Defendants
AMERICA WEST AIRLINES, INC. and
U.S. AIRWAYS, INC.

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED FILED ALAMEDA COUNTY

FEB 14 2008

CLERK OF THE SUPERIOR COURT
By [signature]

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***

AMERICA WEST AIRLINES, INC.; US AIRWAYS, INC.; AND DOES 1 THROUGH 25

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

CLARISE JOYSTEMLEY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: *(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
1225 FALLON STREET
OAKLAND, CALIFORNIA 94612

CASE NUMBER: *(Número del Caso):* RG08371442

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* CURTIS G. OLER
Post Office Box 15083, San Francisco, California 94115
Telephopne: 415 346-8015 Facsimile 415 346-8238

DATE: *(Fecha)* FEB 14 2008 PAT S. SWEETEN Clerk, by *(Secretario)* Reshma Mishra, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: America West Airlines Inc
under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:
4. ☒ by personal delivery on *(date)*: 3-21-08

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

**EXHIBIT A**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED FILED ALAMEDA COUNTY

FEB 14 2008

CLERK OF THE SUPERIOR COURT

By [signature]

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

AMERICA WEST AIRLINES, INC.; US AIRWAYS, INC.; AND DOES 1 THROUGH 25

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CLARISE JOY STEMLEY

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
1225 FALLON STREET
OAKLAND, CALIFORNIA 94612

CASE NUMBER: *(Número del Caso):* RG08371442

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: CURTIS G. OLER
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Post Office Box 15083, San Francisco, California 94115
Telephopne: 415 346-8015 Facsimile 415 346-8238

DATE: *(Fecha)* FEB 14 2008 PAT S. SWEETEN Clerk, by *(Secretario)* Reshma Mishra, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: US Airways, Inc

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:
4. ☒ by personal delivery on *(date)*: 3-21-08

American LegalNet, Inc.
www.USCourtForms.com

CURTIS G. OLER (Bar No. 63689)
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, California 94115
Telephone: 415 346-8015
Facsimile: 415 346-8238

Attorney for Plaintiff
CLARISE JOY STEMLEY

ENDORSED
FILED
ALAMEDA COUNTY
FEB 1 4 2008
CLERK OF THE SUPERIOR COURT
By [signature]

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

UNLIMITED JURISDICTION

| | |
|---|---|
| CLARISE JOY STEMLEY,<br>Plaintiff,<br>vs.<br>AMERICA WEST AIRLINES, INC.; US AIRWAYS, INC.; and DOES 1 THROUGH 25,<br>Defendants. | NO. RG08371442<br>COMPLAINT FOR DAMAGES<br>Government Code Section 12940, *et seq*<br>DEMAND FOR JURY TRIAL |

Plaintiff, CLARISE JOY STEMLEY, files this Complaint and complains of the named Defendants, and each of them, jointly and severally, and for causes of action, alleges as follows:

FACTS COMMON TO ALL CAUSES OF ACTION

1. Plaintiff, CLARISE JOY STEMLEY, is a former employee of Defendants AMERICA WEST AIRLINES, INC., and US AIRWAYS, INC.

2. Defendant AMERICA WEST AIRLINES, INC., is a Delaware corporation, duly authorized to conduct business in the State of California, maintaining a principal office and place of business at the Oakland International Airport, Oakland, Alameda County, California.

3. Defendant US AIRWAYS, INC., is a Delaware corporation, duly authorized to

conduct business in the State of California, maintaining a principal office and place of business at the Oakland International Airport, Oakland, Alameda County, California.

4. Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 25, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend the complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and therefore alleges that each of the fictitiously named Defendants is lawfully responsible in some manner for the occurrences herein alleged, and that Plaintiff's losses as herein alleged were proximately caused by such individual actions.

5. Plaintiff is informed and believes, and thereby alleges that each of the Defendants herein was at all times relevant hereto the agent, employee, or representative of the remaining Defendants and was acting within the scope and course of such relationship.

6. On or about March 30, 2003, Plaintiff was employed by said Defendants as a Customer Service Representative at said location to perform the assigned duties thereof.

7. At all times during Plaintiff's said employment, she performed all of her assigned and related duties in an excellent fashion.

8. Although Plaintiff at all times continued to perform all of the assigned and related duties of her employment in an excellent fashion, Defendants initiated and maintained a continuing pattern of unlawful discriminatory employment practices against her which included, but were not limited to the denial of family leave culminating in the termination of her employment effective on or about October 12, 2005.

9. As a direct and proximate result of said actions and conduct of said Defendants, Plaintiff has suffered and continues to suffer damages as more particularly described below.

FIRST CAUSE OF ACTION

GOVERNMENT CODE SECTION 12940(a)

RACE DISCRIMINATION

As a first, separate and distinct cause of action, Plaintiff complains of Defendants and for

cause of action, alleges:

10. Plaintiff hereby incorporates by reference paragraphs 1 through 9, as though set forth here in full.

11. Jurisdiction herein is invoked pursuant to the provisions of Government Code Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA), Government Code Section 12940(a), which provides that it shall be unlawful for an employer to discriminate against an employee, among other things, on account of race and color.

12. Plaintiff was an employee of African ancestry (Black) and is therefore a person protected by said provisions of said Act.

13. Defendants have maintained a pattern and practice of unlawful discriminatory employment practices against Plaintiff on account of her race and color by engaging in the actions and conduct as alleged in Paragraph 8 hereof in violation of the Fair Employment and Housing Act, Government Code Section 12940(a).

14. Defendants have taken the actions and conduct against Plaintiff as alleged herein on account of her race and color in violation of the Fair Employment and Housing Act, Government Code Section 12940(a).

15. As a direct result of said actions and conduct of Defendants as alleged herein, Plaintiff has suffered loss of and continues to suffer substantial loss of earnings and related employment benefits in an amount to be proven at trial herein.

16. In doing the acts and in engaging in the conduct herein alleged, Defendants intended to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional distress incurring and continuing to incur medical expenses therefor.

17. Defendants committed the abusive actions alleged herein maliciously, fraudulently and oppressively, with the wrongful intention of injuring Plaintiff and from an improper and evil motive amounting to malice, and in conscious and reckless disregard of her rights as an

employee. Plaintiff is thus entitled to recover punitive damages from Defendant, commensurate with their conduct as alleged herein.

18. Plaintiff duly filed an administrative charge of discrimination herein on May 19, 2006, with the California Department of Fair Employment and Housing (DFEH) which on February 14, 2007, issued a notice of right to sue thereon authorizing Plaintiff to initiate a civil action in the California Superior Court within one year of said date.

SECOND CAUSE OF ACTION

GOVERNMENT CODE SECTION 12940(a)

DISABILITY DISCRIMINATION

As a second, separate and distinct cause of action, Plaintiff complains of Defendants and for cause of action, alleges:

19. Plaintiff hereby incorporates by reference paragraphs 1 through 18, as though set forth here in full.

20. Jurisdiction herein is invoked pursuant to the provisions of Government Code Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA), Government Code Section 12940(a), which provides that it shall be unlawful for an employer, to discriminate against an employee, among other things, on account of physical disability.

21. Plaintiff suffered from a life altering physical disability.

22. Notwithstanding, Defendants have failed and refused to provide reasonable accommodation to Plaintiff for said injury and subjected Plaintiff to a variety of unlawful discriminatory employment practices because of such disability.

23. Defendants have maintained a pattern and practice of unlawful discriminatory employment practices against Plaintiff on account of her disability by engaging in the actions and conduct as alleged in Paragraph 8 hereof in violation of the Fair Employment and Housing Act, Government Code Section 12940(a).

24. Defendants have taken the actions and conduct against Plaintiff as alleged herein on account of her race and color in violation of the Fair Employment and Housing Act, Government Code Section 12940(a).

25. As a direct result of said actions and conduct of Defendants as alleged herein, Plaintiff has suffered loss of and continues to suffer substantial loss of earnings and related employment benefits in an amount to be proven at trial herein.

26. In doing the acts and in engaging in the conduct herein alleged, Defendants intended to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional distress incurring and continuing to incur medical expenses therefor.

27. Defendants committed the abusive actions alleged herein maliciously, fraudulently and oppressively, with the wrongful intention of injuring Plaintiff and from an improper and evil motive amounting to malice, and in conscious and reckless disregard of her rights as an employee. Plaintiff is thus entitled to recover punitive damages from Defendant, commensurate with their conduct as alleged herein.

28. Plaintiff duly filed an administrative charge of discrimination herein on May 19, 2006, with the California Department of Fair Employment and Housing (DFEH) which on February 14, 2007, issued a notice of right to sue thereon authorizing Plaintiff to initiate a civil action in the California Superior Court within one year of said date.

THIRD CAUSE OF ACTION

DENIAL OF MEDICAL LEAVE FAMILY RIGHTS ACT

GOVERNMENT CODE SECTION 12945.2 and 19702.3

As a third, separate and distinct cause of action, Plaintiff complains of Defendants and for cause of action, alleges:

29. Plaintiff hereby incorporates by reference paragraphs 1 through 28, as though set forth here in full.

30. Jurisdiction herein is invoked pursuant to the provisions of Government Code

Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA), Government Code Sections 12945.2 and 19702.3, the Family Rights Act.

31. Plaintiff was an employee of Defendants and as such was protected by the provisions of said act.

32. As a result of injuries resulting in the disability alleged in paragraph 21, Plaintiff sought medical leave therefor pursuant to the provisions of said Act, but was unlawfully denied same on or about October 12, 2005, in violation of said Act resulting in the termination of her said employment.

33. As a direct result of said actions and conduct of Defendants as alleged herein, Plaintiff has suffered loss of and continues to suffer substantial loss of earnings and related employment benefits in an amount to be proven at trial herein.

34. In doing the acts and in engaging in the conduct herein alleged, Defendants intended to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional distress incurring and continuing to incur medical expenses therefor.

35. Defendants committed the abusive actions alleged herein maliciously, fraudulently and oppressively, with the wrongful intention of injuring Plaintiff and from an improper and evil motive amounting to malice, and in conscious and reckless disregard of her rights as an employee. Plaintiff is thus entitled to recover punitive damages from Defendant, commensurate with their conduct as alleged herein. .

36. Plaintiff duly filed an administrative charge of discrimination herein on May 19, 2006, with the California Department of Fair Employment and Housing (DFEH) which on February 14, 2007, issued a notice of right to sue thereon authorizing Plaintiff to initiate a civil action in the California Superior Court within one year of said date.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendants and each of them, as

follows:

a) Grant Plaintiff a declaratory judgment that Defendants have violated Plaintiff's rights as guaranteed by the California Fair Employment and Housing Act (FEHA), California Government Code Section 12900, *et seq.*, in committing the acts and in engaging in the conduct complained of herein;

b) Permanently enjoin Defendants, their agents, successors, and employees and those acting in concert with them from engaging in each of the unlawful practices and policies complained of herein;

c) Award Plaintiff damages for all earnings and related employment benefits lost;

d) Reinstate Plaintiff to her said position or to a position commensurate with her skills and abilities without loss of pay, seniority or rank;

e) Award Plaintiff damages for future earnings loss;

f) Award Plaintiff damages for lost career and employment opportunities;

g) Order that all negative material be removed from Plaintiff's personnel file, or any other files or records maintained in connection with Plaintiff's employment;

h) Award Plaintiff compensatory damages for severe psychological harm in an amount to be proven at trial;

i) Award Plaintiff punitive damages in an amount commensurate with harm caused to Plaintiff and Defendant's financial ability;

j) Award Plaintiff costs of suit;

k) Grant Plaintiff reasonable attorney's fees; and

l) Grant Plaintiff such other and further relief as the Court may deem proper and just.

Dated: February 12, 2008

Respectfully submitted,

CURTIS G. OLER
Attorney for Plaintiff

*** EMPLOYMENT ***

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # E200506M1708-00-fpe

EEOC # 37AA608779

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC

COMPLAINANT'S NAME (indicate Mr. or Ms.)
STEMLEY, CLARISE J

| ADDRESS | | | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 155 Nova Albion #20 | | | | (415) 595-4392 |
| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
| San Rafael | CA | 94903 | Marin | 041 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
AMERICA WEST AIRLINE

| ADDRESS | | | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 1 Airport Dr | | | | (510) 563-3663 |
| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
| Oakland | CA | 94621 | Oakland | 001 |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])
☑ RACE ☐ SEX ☑ DISABILITY ☐ RELIGION ☐ NATIONAL ORIGIN/ANCESTRY ☑ DENIAL OF FAMILY/MEDICAL LEAVE ☐ SEXUAL ORIENTATION
☐ COLOR ☐ AGE ☐ MARITAL STATUS ☐ MEDICAL CONDITION (cancer or genetic characteristics) ☐ OTHER (SPECIFY)

NO. OF EMPLOYEES/MEMBERS 11000 | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) October 11, 2005 | RESPONDENT CODE 45

THE PARTICULARS ARE:

I. From December 2004 until October 11, 2005, I was subjected to discriminatory treatment. On or about October 12, 2005 I was terminated. I was hired on March 30, 2003. My position was Customer Service Representative and I earned $11.02 per hour.

II. Nelson Camacho, Supervisor informed me that I was terminated for job abandonment.

III. I believe I have been subjected to discriminatory treatment and terminated because of my race (African American) and Disabilities (Chronic Pain, High Blood Pressure, and Stress) for the following reasons:

A. I was denied a request that a non-African American was granted. Mr. Camacho often stated that I was "a strong Black woman," as well as frequent speeches about the "shoeshine man," and the "Black woman" who "worked as a janitor."

B. My employer refused to accept medical information from my medical care providers and terminated my employment on October 12, 2005.

RECEIVED
MAY 19 2006
Dept. of Fair Employment & Housing
Oakland District Office

RETYPED AND MAILED May 12, 2006

☐ I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated 4/10/06

At ______________ City

[signature] COMPLAINANT'S SIGNATURE

DFEH-300-01 (12/99) O:DB:ss DATE FILED:

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING STATE OF CALIFORNIA

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2941 TTY (800) 700-2320 Fax (510) 622-2951
www.dfeh.ca.gov

February 14, 2007

CLARISE J STEMLEY
155 Nova Albion #20
San Rafael, CA 94903

RE: E200506M1708-00-rpe/37AA608779
STEMLEY/AMERICA WEST AIRLINE

Dear CLARISE J STEMLEY:

**NOTICE OF CASE CLOSURE**

The consultant assigned to handle the above referenced discrimination complaint that was filed with the Department of Fair Employment and Housing (DFEH) has recommended that the case be closed effective February 14, 2007. Please be advised that this recommendation has been accepted.

Based upon its investigation, DFEH is unable to conclude that the information obtained establishes a violation of the statute. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

This letter is also your Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. This is also applicable to DFEH complaints that are filed under, and allege a violation of Government Code section 12948 which incorporates Civil Code sections 51, 51.7, and 54. The civil action must be filed within one year from the date of this letter. However, if your civil complaint alleges a violation of Civil Code section 51, 51.7, or 54, you should consult an attorney about the applicable statutes of limitation. If a settlement agreement has been signed resolving the complaint, it is likely that your right to file a private lawsuit may have been waived.

Notice of Case Closure
Page Two

This case may be referred to the U.S. Equal Employment Opportunity Commission (EEOC) for further review. If so, pursuant to Government Code section 12965, subdivision (d)(1), your right to sue will be tolled during the pendency of EEOC's review of your complaint.

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Allan H. Pederson
District Administrator

cc: Case File

Mia L. Belk
Assistant General Counsel
US AIRWAYS GROUP, INC.
111 W Rio Salado Parkway
Tempe, AZ 85281

VERIFICATION

I, CLARISE J. STEMLEY, declare:

I have read the foregoing Plaintiff's Complaint and know the contents thereof. The same is true of my own knowledge, except for those matters stated therein on information and belief, and as to those, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Verification was executed on February 12, 2008, at San Francisco, California.

CLARISE J. STEMLEY

# EXHIBIT B

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED FILED ALAMEDA COUNTY

FEB 14 2008

CLERK OF THE SUPERIOR COURT

By [signature]

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*

AMERICA WEST AIRLINES, INC.; US AIRWAYS, INC.; AND DOES 1 THROUGH 25

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CLARISE JOY STEMLEY

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: *(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
1225 FALLON STREET
OAKLAND, CALIFORNIA 94612

CASE NUMBER: *(Número del Caso):* RG08371442

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* CURTIS G. OLER
Post Office Box 15083, San Francisco, California 94115
Telephone: 415 346-8015 Facsimile 415 346-8238

DATE: *(Fecha)* FEB 14 2008 PAT S. SWEETEN Clerk, by *(Secretario)* Reshma Mishra, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: America West Airlines Inc

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☒ by personal delivery on *(date)*: 3-21-08

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

**EXHIBIT B**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED FILED ALAMEDA COUNTY

FEB 14 2008

CLERK OF THE SUPERIOR COURT
By [signature]

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*

AMERICA WEST AIRLINES, INC.; US AIRWAYS, INC.; AND DOES 1 THROUGH 25

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CLARISE JOY STEMLEY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: *(El nombre y dirección de la corte es):* SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA 1225 FALLON STREET OAKLAND, CALIFORNIA 94612

CASE NUMBER: *(Número del Caso):* RG08371442

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: CURTIS G. OLER
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Post Office Box 15083, San Francisco, California 94115
Telephopne: 415 346-8015 Facsimile 415 346-8238

DATE: FEB 14 2008 PAT S. SWEETEN Clerk, by Reshma Mishra, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: US Airways, Inc

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☒ by personal delivery on *(date)*: 3-21-08

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

# EXHIBIT C

HANSON BRIDGETT LLP
KEVIN REESE - 172992
kreese@hansonbridgett.com
JAHMAL T. DAVIS - 191504
jdavis@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
AMERICA WEST AIRLINES, INC. and U.S. AIRWAYS, INC.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**CITY AND COUNTY OF ALAMEDA**

**UNLIMITED JURISDICTION**

| | |
|---|---|
| CLARISE JOY STEMLEY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA WEST AIRLINES, INC.; US AIRWAYS, INC.; and DOES 1 THROUGH 25,<br><br>Defendant. | No. RG08371442<br><br>**REQUEST FOR STATEMENT OF DAMAGES PURSUANT TO CODE OF CIVIL PROCEDURE § 425.11**<br><br>**Action Filed: February 14, 2008**<br>**Trial Date: not set** |

TO PLAINTIFF CLARISE JOY STEMLEY AND HER ATTORNEY OF RECORD:

Pursuant to Section 425.11 of the Code of Civil Procedure, Defendants AMERICA WEST AIRLINES, INC. and U.S. AIRWAYS, INC., through their attorneys of record, hereby request that you furnish a statement setting forth the nature and amount of damages being sought in this action, **within 15 days** of the date of this Request and in the manner required by law.

DATED: March 31, 2008

HANSON BRIDGETT LLP

By: [signature]
KEVIN REESE
JAHMAL T. DAVIS
Attorneys for Defendants
AMERICA WEST AIRLINES, INC. and U.S. AIRWAYS, INC.

**EXHIBIT C**

**PROOF OF SERVICE**

**Clarise Joy Stemley v. America West Airlines, Inc., et al.**

**Case No.: RG08371442**

I, Joanne Leong, the undersigned, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *Clarise Joy Stemley v. America West Airlines, Inc., et al.*; that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On March 31, 2008, I served a true and accurate copy of the document(s) entitled:

**REQUEST FOR STATEMENT OF DAMAGES PURSUANT TO CODE OF CIVIL PROCEDURE § 425.11**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Curtis G. Oler, Esq.
Law Offices of Curtis G. Oler
P.O. Box 15083
San Francisco, CA 94115
(415) 346-8015
(415) 346-8238 fax

*Attorneys for Plaintiff*
*CLARISE JOY STEMLEY*

☒ (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via United States Postal Service, Express Mail to the party(ies) so designated on the service list.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on March 31, 2008 at San Francisco, California.

Joanne Leong

Joanne Leong

# EXHIBIT D

CURTIS G. OLER (Bar No. 63689)
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, California 94115
Telephone: 415 346-8015
Facsimile: 415 346-8238

Attorney for Plaintiff
CLARISE JOY STEMLEY

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

UNLIMITED JURISDICTION

| | |
|---|---|
| CLARISE JOY STEMLEY, Plaintiff, vs. AMERICA WEST AIRLINES, INC.; US AIRWAYS, INC.; and DOES 1 THROUGH 25, Defendants. | NO. RG08371442<br><br>RESPONSE TO STATEMENT OF DAMAGES<br><br>[CCP Section 425.11]<br><br>Complaint filed: February 14, 2008<br>Trial Date: Not yet set |

TO DEFENDANTS AMERICA WEST AIRLINES, INC., US AIRWAYS, INC., AND THEIR ATTORNEY OF RECORD:

The nature and amount of damages sought in the above entitled action are as follows:

1. Loss of earnings — $ 65,000.00
2. Future earnings loss — Not yet ascertained
3. Damages for emotional pain and suffering — Not yet ascertained
4. Punitive damages — Not yet ascertained
5. Attorney's fees and costs — Not yet ascertained

EXHIBIT D

APR-16-2008 11:58 AM LAW O

Dated: April 15, 2008

CURTIS G. OLER
Attorney for Plaintiff

Response to Statement of Damages 2

CERTIFICATE OF SERVICE

I, CURTIS G. OLER, am over the age of 18 years and am not a party to the within action. My mailing address is Post Office Box 15083, San Francisco, California.

On April 16, 2008, I served the attached

Statement of Damages

by first class mail, postage thereon fully prepaid, sealed in an envelope and addressed as follows:

Jahmal T. Davis, Esq.
Hanson Bridgett
425 Market Street, 26th Floor
San Francisco, California 94105

I declare under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed on April 16, 2008, at San Francisco, California.

CURTIS G. OLER

# EXHIBIT E

*6166779*

FOR COURT USE ONLY

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
CURTIS G. OLER (Bar No. 63689)
LAW OFFICES OF CURTIS G. OLER
P. O. BOX 15083, SAN FRANCISCO, CALIFORNIA 94115
TELEPHONE NO.: 415 346-8015 FAX NO.: 415 - 346-8238
ATTORNEY FOR (Name): Plaintiff

FILED
ALAMEDA COUNTY
FEB 14 2008
CLERK OF THE SUPERIOR COURT
By [signature] Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: Oakland, California 94612
CITY AND ZIP CODE:
BRANCH NAME:

CASE NAME: CLARISE JOY STEMLEY VS. AMERICA WEST AIRLINES, INC., ET AL.

# CIVIL CASE COVER SHEET

[XX] Unlimited (Amount demanded exceeds $25,000)
[ ] Limited (Amount demanded is $25,000 or less)

Complex Case Designation
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: RG08371442
JUDGE:
DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[XXX] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (*not specified above*) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (*not specified above*) (43)

2. This case [ ] is [XX] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (*check all that apply*): a. [XX] monetary b. [XX] nonmonetary; declaratory or injunctive relief c. [XX] punitive

4. Number of causes of action (*specify*): 3

5. This case [ ] is [xx] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*)

Date: February 14, 2008

CURTIS G. OLER
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

EXHIBIT E

LAW OFFICES OF CURTIS G. OLER
Attn: Oler, Curtis G.
P. O. Box 15083
San Francisco, CA 94115

## Superior Court of California, County of Alameda

Stemley
Plaintiff/Petitioner(s)
vs.
America West Airlines, Inc.
Defendant/Respondent(s)
(Abbreviated Title)

No. RG08371442

**NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER**
Unlimited Jurisdiction

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.

Notice is given that a Case Management Conference has been scheduled as follows:

| Date: **07/11/2008**<br>Time: **09:15 AM** | Department: **30**<br>Location: **U.S. Post Office Building**<br>**Second Floor**<br>**201 13th Street, Oakland CA 94612**<br>Internet: http://www.alameda.courts.ca.gov | Judge: **Kenneth Mark Burr**<br>Clerk: **Kathy McKean**<br>Clerk telephone: **(510) 268-5104**<br>E-mail:<br>**Dept.30@alameda.courts.ca.gov**<br>Fax: **(510) 267-1510** |
|---|---|---|

**ORDERS**

1. You must:
   a. **Serve** all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
   b. **Give notice** of this conference to any party not included in this notice and file proof of service;
   c. **Meet and confer**, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than **30** calendar days before the date set for the Case Management Conference;
   d. **File and serve** a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is mandatory) at least **15** days before the Case Management Conference (CRC 3.725)

2. If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4. The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
   a. Referring to ADR and setting an ADR completion date
   b. Dismissing or severing claims or parties
   c. Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 02/19/2008.

By [signature] digital

Deputy Clerk

## *Superior Court of California, County of Alameda*

## *Notice of Judicial Assignment for All Purposes*

Case Number: RG08371442
Case Title: Stemley VS America West Airlines, Inc.
Date of Filing: 02/14/2008

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**This case is hereby assigned for all purposes to:**

| | |
|---|---|
| **Judge:** | **Kenneth Mark Burr** |
| **Department:** | **30** |
| **Address:** | **U.S. Post Office Building<br>201 13th Street<br>Oakland CA 94612** |
| **Phone Number:** | **(510) 268-5104** |
| **Fax Number:** | **(510) 267-1510** |
| **Email Address:** | **Dept.30@alameda.courts.ca.gov** |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law. (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.)**

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULE 3.135.

**General Procedures**

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Kenneth Mark Burr
DEPARTMENT 30

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

A courtesy copy of all filed briefs must be delivered directly to Department 30.

**Schedule for Department 30**

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Court Trials: Mondays through Thursdays at 9:45 a.m.
- Jury Trials: Mondays through Thursdays at 9:45 a.m.
- Master Trial Calendar: Fridays at 9:30 a.m.
- Case Management Conferences are held: Initial Case Management Conferences: Fridays at 9:15 a.m., 9:45 a.m., 10:45 a.m. and 11:15 a.m.
- Case Management Conference Continuances: Mondays through Thursdays at 9:15 a.m.
- Law and Motion matters are heard: Tuesdays and Wednesdays at 9:30 a.m.
- Settlement Conferences are heard: Fridays at 9:30 a.m., 10:00 a.m. and 10:30 a.m.
- Ex Parte matters are heard: Tuesdays and Thursdays at 9:00 a.m.
- For time-sensitive emergency applications, contact the Court by email to receive instructions on when the matter may be heard.

**Law and Motion Procedures**

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Email: Dept.30@alameda.courts.ca.gov

  Reservations by email only.

- Ex Parte Matters
  Email: Dept.30@alameda.courts.ca.gov

  Reservations by email only.

**Tentative Rulings**

The court will issue tentative rulings in accordance with the Local Rule 3.30(c). Tentative

rulings will become the Court's order unless contested. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 30
- Phone: 1-866-223-2244

Dated: 02/15/2008

Executive Officer / Clerk of the Superior Court

By [signature] digital

Deputy Clerk

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 02/19/2008

By [signature] digital

Deputy Clerk