HANSON BRIDGETT LLP
PATRICK GLENN- 141604
pglenn@hansonbridgett.com
KEVIN REESE - 172992
kreese@hansonbridgett.com
JAHMAL T. DAVIS - 191504
jdavis@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
AMERICA WEST AIRLINES, INC. and U.S. AIRWAYS,
INC.

# UNITES STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CLARISE JOY STEMLEY, | No. C08-02040 EMC |
| Plaintiff, | **DEFENDANTS' ANSWER TO VERIFIED COMPLAINT** |
| v. | Action Filed:    February 14, 2008 |
| AMERICA WEST AIRLINES, INC.; US AIRWAYS, INC.; and DOES 1 THROUGH 25, | |
| Defendant. | |

Defendants America West Airlines, Inc. and US Airways, Inc., (collectively "Defendants") answer the verified Complaint filed by Plaintiff Clarise Joy Stemley ("Plaintiff") on February 14, 2008 as follows:

1.      Answering Paragraph No. 1, Defendants admit that Plaintiff is a former employee of America West Airlines, Inc. which merged with US Airways, Inc. on September 27, 2005.  Except as so expressly admitted, Defendants deny the remainder of the material allegations contained therein.

/ / /

/ / /

DEFENDANTS' ANSWER TO VERIFIED COMPLAINT

1439338.1

1    2.    Answering Paragraph No. 2, Defendants admit that America West Airlines,

2    Inc. merged with US Airways, Inc. on September 27, 2005. Defendants further admit

3    that US Airways, Inc. is a Delaware corporation and is authorized to conduct business in

4    the State of California. Defendants admit that America West Airlines is a registered

5    corporation with the State of Delaware with its principal place of business in Arizona.

6    Except as so expressly admitted, Defendants deny the remainder of the material

7    allegations contained therein.

8    3.    Answering Paragraph No. 3, Defendants admit that US Airways, Inc. is a

9    Delaware corporation and is authorized to conduct business in the State of California

10   with its principal place of business in Arizona. Except as so expressly admitted,

11   Defendants deny the remainder of the material allegations contained therein.

12   4.    Defendants lack sufficient information to form a belief as to the truth of the

13   material allegations contained therein, and on that basis deny them.

14   5.    Answering Paragraph No. 5, Defendants deny the material allegations

15   contained therein.

16   6.    Answering Paragraph No. 6, Defendants admit that Plaintiff began working

17   for America West Airlines, Inc. as a part-time Customer Service Representative. Except

18   as so expressly admitted, Defendants deny the remainder of the material allegations

19   therein.

20   7.    Answering Paragraph No. 7, Defendants deny the material allegations

21   therein.

22   8.    Answering Paragraph No. 8, Defendants deny the material allegations

23   therein.

24   9.    Answering Paragraph No. 9, Defendants deny engaging in any conduct or

25   activity in violation of the law. Defendants further deny that Plaintiff has suffered any

26   harm or damage whatsoever as a result of any conduct by, or attributable to these

27   Defendants.

28   / / /

DEFENDANTS' ANSWER TO VERIFIED COMPLAINT                                    1439338.1

1    10.    Answering Paragraph No. 10, Defendants incorporate by reference all of

2  their responses to the allegations of Paragraphs 1 through 9, inclusive, as though set

3  forth fully herein.

4    11.    Answering Paragraph No. 11, Defendants lack sufficient information to

5  form a belief as to the truth of the material allegations contained therein, and on that

6  basis deny them.

7    12.    Answering Paragraph No. 12, Defendants lack sufficient information to

8  form a belief as to the truth of the material allegations contained therein, and on that

9  basis deny them.

10    13.    Answering Paragraph No. 13, Defendants deny the material allegations

11  therein.

12    14.    Answering Paragraph No. 14, Defendants deny the material allegations

13  therein.

14    15.    Answering Paragraph No. 15, Defendants deny the material allegations

15  therein.  Defendants deny engaging in any conduct or activity in violation of the law.

16  Defendants further deny that Plaintiff has suffered any harm or damage whatsoever as a

17  result of any conduct by, or attributable to these Defendants.

18    16.    Answering Paragraph No. 16, Defendants deny the material allegations

19  therein.  Defendants deny engaging in any conduct or activity in violation of the law.

20  Defendants further deny that Plaintiff has suffered any harm or damage whatsoever as a

21  result of any conduct by, or attributable to these Defendants.

22    17.    Answering Paragraph No. 17, Defendants deny the material allegations

23  therein.  Defendants deny engaging in any conduct or activity in violation of the law.

24  Defendants further deny that Plaintiff has suffered any harm or damage whatsoever as a

25  result of any conduct by, or attributable to these Defendants.

26  / / /

27  / / /

28  / / /

- 3 -

DEFENDANTS' ANSWER TO VERIFIED COMPLAINT                                    1439338.1

1    18.    Answering Paragraph No. 18, Defendants admit that they were notified and

2  advised that Plaintiff had filed a charge with the California Department of Fair

3  Employment and Housing.  Defendants admit that the DFEH issued a notice of case

4  closure and a right to sue notice on February 14, 2007 as the DFEH was unable to

5  conclude any violation of a statute.  Except as so expressly admitted, Defendants deny

6  the remainder of the material allegations therein.

7    19.    Answering Paragraph No.19, Defendants incorporate by reference all of

8  their responses to the allegations of Paragraphs 1 through 18 inclusive, as though set

9  forth fully herein.

10    20.    Answering Paragraph No. 20, Defendants lack sufficient information to

11  form a belief as to the truth of the material allegations contained therein, and on that

12  basis deny them.

13    21.    Answering Paragraph No. 21, Defendants lack sufficient information to

14  form a belief as to the truth of the material allegations contained therein, and on that

15  basis deny them.

16    22.    Answering Paragraph No. 22, Defendants deny the material allegations

17  therein.

18    23.    Answering Paragraph No. 23, Defendants deny the material allegations

19  therein.

20    24.    Answering Paragraph No. 24, Defendants deny the material allegations

21  therein.

22    25.    Answering Paragraph No. 25, Defendants deny the material allegations

23  therein.  Defendants deny engaging in any conduct or activity in violation of the law.

24  Defendants further deny that Plaintiff has suffered any harm or damage whatsoever as a

25  result of any conduct by, or attributable to these Defendants.

26  / / /

27  / / /

28  / / /

DEFENDANTS' ANSWER TO VERIFIED COMPLAINT                              1439338.1

1    26.    Answering Paragraph No. 26, Defendants deny the material allegations

2    therein.  Defendants deny engaging in any conduct or activity in violation of the law.

3    Defendants further deny that Plaintiff has suffered any harm or damage whatsoever as a

4    result of any conduct by, or attributable to these Defendants.

5    27.    Answering Paragraph No. 27, Defendants deny the material allegations

6    therein.  Defendants deny engaging in any conduct or activity in violation of the law.

7    Defendants further deny that Plaintiff has suffered any harm or damage whatsoever as a

8    result of any conduct by, or attributable to these Defendants.

9    28.    Answering Paragraph No. 28, Defendants admit that they were notified and

10   advised that Plaintiff had filed a charge with the California Department of Fair

11   Employment and Housing.  Defendants admit that the DFEH issued a notice of case

12   closure and a right to sue notice on February 14, 2007 as the DFEH was unable to

13   conclude any violation of a statute.  Except as so expressly admitted, Defendants deny

14   the remainder of the material allegations therein.

15   29.    Answering Paragraph No. 29, Defendants incorporate by reference all of

16   their responses to the allegations of Paragraphs 1 through 28, inclusive, as though set

17   forth fully herein.

18   30.    Answering Paragraph No. 30, Defendants lack sufficient information to

19   form a belief as to the truth of the material allegations contained therein, and on that

20   basis deny them.

21   31.    Answering Paragraph No. 31, Defendants admit that Plaintiff began

22   working for America West Airlines, Inc. in March 2005 as a part-time Customer Service

23   Representative.  Except as so expressly admitted, Defendants deny the material

24   allegations therein.

25   32.    Answering Paragraph No. 32, Defendants admit that Plaintiff sought leave

26   from work in 2005.  Except as so expressly admitted, Defendants deny the material

27   allegations contained therein.

28   / / /

DEFENDANTS' ANSWER TO VERIFIED COMPLAINT                                           1439338.1

1        33.    Answering Paragraph No. 33, Defendants deny the material allegations

2  therein.  Defendants deny engaging in any conduct or activity in violation of the law.

3  Defendants further deny that Plaintiff has suffered any harm or damage whatsoever as a

4  result of any conduct by, or attributable to these Defendants.

5        34.    Answering Paragraph No. 34, Defendants deny the material allegations

6  therein.  Defendants deny engaging in any conduct or activity in violation of the law.

7  Defendants further deny that Plaintiff has suffered any harm or damage whatsoever as a

8  result of any conduct by, or attributable to these Defendants.

9        35.    Answering Paragraph No. 35, Defendants deny the material allegations

10 therein.  Defendants deny engaging in any conduct or activity in violation of the law.

11 Defendants further deny that Plaintiff has suffered any harm or damage whatsoever as a

12 result of any conduct by, or attributable to these Defendants.

13       36.    Answering Paragraph No. 36, Defendants admit that they were notified and

14 advised that Plaintiff had filed a charge with the California Department of Fair

15 Employment and Housing. Defendants admit that the DFEH issued a notice of case

16 closure and a right to sue notice on February 14, 2007 as the DFEH was unable to

17 conclude any violation of a statute.  Except as so expressly admitted, Defendants deny

18 the remainder of the material allegations therein.

19                          **PRAYER FOR RELIEF**

20       a.    Answering Paragraph a of the Prayer for relief, Defendants deny that

21 Plaintiff is entitled to the requested relief, or any relief at all from these Defendants.

22       b.    Answering Paragraph b of the Prayer for relief, Defendants deny that

23 Plaintiff is entitled to the requested relief, or any relief at all from these Defendants.

24       c.    Answering Paragraph c of the Prayer for relief, Defendants deny that

25 Plaintiff is entitled to the requested relief, or any relief at all from these Defendants.

26       d.    Answering Paragraph d of the Prayer for relief, Defendants deny that

27 Plaintiff is entitled to the requested relief, or any relief at all from these Defendants.

28 / / /

DEFENDANTS' ANSWER TO VERIFIED COMPLAINT                              1439338.1

1    e.    Answering Paragraph e of the Prayer for relief, Defendants deny that

2  Plaintiff is entitled to the requested relief, or any relief at all from these Defendants.

3    f.    Answering Paragraph f of the Prayer for relief, Defendants deny that

4  Plaintiff is entitled to the requested relief, or any relief at all from these Defendants.

5    g.    Answering Paragraph g of the Prayer for relief, Defendants deny that

6  Plaintiff is entitled to the requested relief, or any relief at all from these Defendants.

7    h.    Answering Paragraph h of the Prayer for relief, Defendants deny that

8  Plaintiff is entitled to the requested relief, or any relief at all from these Defendants.

9    i.    Answering Paragraph i of the Prayer for relief, Defendants deny that

10  Plaintiff is entitled to the requested relief, or any relief at all from these Defendants.

11    j.    Answering Paragraph j of the Prayer for relief, Defendants deny that

12  Plaintiff is entitled to the requested relief, or any relief at all from these Defendants.

13    k.    Answering Paragraph k of the Prayer for relief, Defendants deny that

14  Plaintiff is entitled to the requested relief, or any relief at all from these Defendants.

15    l.    Answering Paragraph l of the Prayer for relief, Defendants deny that

16  Plaintiff is entitled to the requested relief, or any relief at all from these Defendants.

17  ### AFFIRMATIVE DEFENSES

18  ### FIRST AFFIRMATIVE DEFENSE

19    1.    As a first and separate affirmative defense, Defendants assert that neither

20  the Complaint nor any purported cause of action alleged therein states facts sufficient to

21  constitute a cause of action against them.

22  ### SECOND AFFIRMATIVE DEFENSE

23    2.    As a second and separate affirmative defense, Plaintiff's causes of action

24  are barred in whole or in part to the extent that Plaintiff has failed to exhaust her

25  administrative remedies pursuant to California's Fair Employment and Housing Act and

26  California's Labor Code.

27  / / /

28  / / /

- 7 -

1

### THIRD AFFIRMATIVE DEFENSE

2       3.      As a third and separate affirmative defense, Defendants assert that to the

3   extent that Plaintiff alleges or relies upon acts or omissions occurring more than one

4   year before the filing of her complaint with the California Department of Fair Employment

5   and Housing, if any, Plaintiff's claims based on such conduct are barred.

6

### FOURTH AFFIRMATIVE DEFENSE

7       4.      As a fourth separate and affirmative defense, Defendants assert that the

8   alleged conduct of which Plaintiff complains was not based on her race or ethnicity, but

9   was based on one or more legitimate, nondiscriminatory business reasons.

10

### FIFTH AFFIRMATIVE DEFENSE

11      5.      As a fifth and separate affirmative defense, Defendants allege that

12  Plaintiff's cause of action for discrimination is barred, in whole or in part, because

13  Defendants would have made the same employment decisions concerning Plaintiff

14  absent any discriminatory motive.

15

### SIXTH AFFIRMATIVE DEFENSE

16      6.      As a sixth and separate affirmative defense, Plaintiff's causes of action are

17  barred in whole or in part by the applicable statutes of limitation, including but not limited

18  to Cal. Code of Civ. Proc. §§ 335.1 and 340, and applicable limitations periods under the

19  California Labor Code, including but not limited to Cal. Lab. Code §§ 98.7 and 2699.3

20

### SEVENTH AFFIRMATIVE DEFENSE

21      7.      As a seventh and separate affirmative defense, Defendants allege that

22  their actions about which Plaintiff complains were undertaken in good faith in compliance

23  with applicable federal, state, administrative, and local laws and regulations governing

24  Defendants operations.

25

### EIGHTH AFFIRMATIVE DEFENSE

26      8.      As an eighth and separate affirmative defense, Defendants allege on

27  information and belief that Plaintiff has failed to make reasonable efforts to mitigate her

28  damages, if any.

DEFENDANTS' ANSWER TO VERIFIED COMPLAINT                                    1439338.1

### NINTH AFFIRMATIVE DEFENSE

9.      As a ninth and separate affirmative defense, Defendants allege that Plaintiff's causes of action are barred by the equitable doctrines of laches and unclean hands.

### TENTH AFFIRMATIVE DEFENSE

10.     As a tenth and separate affirmative defense, Defendants allege that Plaintiff's causes of action are barred by the equitable doctrines of waiver and estoppel.

### ELEVENTH AFFIRMATIVE DEFENSE

11.     As an eleventh and separate affirmative defense, Defendants assert that their actions and conduct toward Plaintiff were in good faith, and to the extent Plaintiff seeks exemplary or punitive damages for any purported acts of the Defendants, the Complaint, and each cause of action alleged therein, fails to state sufficient facts to justify an award of punitive damages, and that the Complaint and each cause of action therein, fails to state sufficient and specific facts to support the underlying allegations of malice and/or reckless indifference.

### TWELFTH AFFIRMATIVE DEFENSE

12.     As a twelfth and separate affirmative defense, Defendants assert that the alleged conduct of which Plaintiff complains was not based on her alleged disability, but was based on one or more legitimate, nondiscriminatory business reasons.

### THIRTEENTH AFFIRMATIVE DEFENSE

13.     As a thirteenth and separate affirmative defense, Defendants assert that they would have taken the same action with regard to Plaintiff even if she had not taken leave from her employment.

### FOURTEENTH AFFIRMATIVE DEFENSE

14.     As a fourteenth and separate affirmative defense, Defendants assert that Plaintiff would not otherwise have been employed by Defendants at the time Plaintiff alleges that she sought to return to work.

/ / /

DEFENDANTS' ANSWER TO VERIFIED COMPLAINT                    1439338.1

1

## FIFTEENTH AFFIRMATIVE DEFENSE

2      15.    As a fifteenth and separate affirmative defense, Defendants assert that

3   they attempted in good faith to find a reasonable accommodation for Plaintiff, but Plaintiff

4   failed to engage in the interactive process with Defendants.

5

## SIXTEENTH AFFIRMATIVE DEFENSE

6      16.    As a sixteenth and separate affirmative defense, Defendants assert that

7   the accommodation allegedly sought by Plaintiff for her alleged disability would impose

8   an undue hardship on Defendants and the operation of their business.

9

## SEVENTEENTH AFFIRMATIVE DEFENSE

10      17.    As a seventeenth and separate affirmative defense, Defendants assert that

11   Plaintiff, as a result of her alleged disability and/or medical condition, was unable to

12   perform the essential duties of her position from which she was discharged.

13

## EIGHTEENTH AFFIRMATIVE DEFENSE

14      18.    As an eighteenth and separate affirmative defense, Defendants assert that

15   Plaintiff was not allowed to return to work for Defendants because there was no vacant

16   position available for which Plaintiff was qualified.

17

## NINETEENTH AFFIRMATIVE DEFENSE

18      19.    As a nineteenth and separate affirmative defense, Defendants assert that

19   that they offered Plaintiff a reasonable accommodation that Plaintiff refused to accept.

20      WHEREFORE, Defendants pray as follows:

21      1.    That Plaintiff take nothing by this action;

22      2.    That judgment be entered in Defendants' favor;

23      3.    That Defendants recover their costs and attorneys' fees in this proceeding;

24   and

25   / / /

26   / / /

27   / / /

28   / / /

DEFENDANTS' ANSWER TO VERIFIED COMPLAINT                    1439338.1

1          4.    That the Court grant such other relief as it deems appropriate.

2

3    DATED: April 25, 2008                    HANSON BRIDGETT LLP

4

5                                             By: _____
                                              PATRICK GLENN
6                                             KEVIN REESE
                                              JAHMAL T. DAVIS
7                                             Attorneys for Defendants
                                              AMERICA WEST AIRLINES, INC. and
8                                             U.S. AIRWAYS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' ANSWER TO VERIFIED COMPLAINT                          1439338.1