HANSON BRIDGETT LLP
PATRICK GLENN- 141604
pglenn@hansonbridgett.com
KEVIN REESE - 172992
kreese@hansonbridgett.com
JAHMAL T. DAVIS - 191504
jdavis@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
AMERICA WEST AIRLINES, INC. and
U.S. AIRWAYS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| CLARISE JOY STEMLEY, | No. C08-02040 EMC |
|---|---|
| Plaintiff, | **DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| AMERICA WEST AIRLINES, INC.; US AIRWAYS, INC.; and DOES 1 THROUGH 25, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNTIED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

DATED: May 12, 2008

HANSON BRIDGETT LLP

By:/s/ Jahmal T. Davis
PATRICK GLENN
KEVIN D. REESE
JAHMAL T. DAVIS
Attorneys for Defendants
AMERICA WEST AIRLINES, INC. and
U.S. AIRWAYS, INC.

DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

1468107.1