1  HANSON BRIDGETT LLP
   PATRICK GLENN- 141604
2  pglenn@hansonbridgett.com
   KEVIN REESE - 172992
3  kreese@hansonbridgett.com
   JAHMAL T. DAVIS - 191504
4  jdavis@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA  94105
   Telephone:   (415) 777-3200
6  Facsimile:   (415) 541-9366

7  Attorneys for Defendants
   AMERICA WEST AIRLINES, INC. and
8  U.S. AIRWAYS, INC.

9  CURTIS G. OLER  (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
10 Post Office Box 15083
   San Francisco, California 94115
11 Telephone: (415) 346-8015
   Facsimile: (415) 346-8238
12
   Attorney for Plaintiff
13 CLARISE JOY STEMLEY

14

15                     **UNITED STATES DISTRICT COURT**

16                     **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| CLARISE JOY STEMLEY,<br><br>         Plaintiff,<br><br>  v.<br><br>AMERICA WEST AIRLINES, INC.; US AIRWAYS, INC.; and DOES 1 THROUGH 25,<br><br>         Defendants. | No. 3:08-cv-02040-TEH<br><br>**PLAINTIFF CLARISE STEMLEY AND DEFENDANTS AMERICA WEST AIRLINES, INC. AND U.S. AIRWAYS, INC.'s JOINT DISCOVERY PLAN** |

- 1 -

PARTIES' JOINT DISCOVERY PLAN  (Case No. 3:08-cv-02040-TEH)                                1546870.1

Having met and conferred in accordance with Federal Rule of Civil Procedure Rule 26(f), and having discussed the matters required under that Rule, Defendants America West Airlines, Inc. and U.S. Airways, Inc. (hereinafter collectively, "Defendants") and Plaintiff Clarise Joy Stemley (hereinafter "Plaintiff") submit the following discovery plan:

1. No changes need be made to the timing of disclosures required under FRCP 26(a). Initial disclosures will be made on or before August 11, 2008, in accordance with FRCP 26(a).

2. The subjects on which discovery is needed include Plaintiff's application, qualifications, work history, medical history and damage claims. Discovery should be completed one month before trial, and the parties do not believe that discovery should be conducted in phases or limited or focused on particular issues. Defendants will take Plaintiff's deposition and anticipate serving written discovery, including interrogatories, requests for production of documents and requests for admission. Plaintiff agrees to disclose the names and addresses of all medical providers who treated Plaintiff during her employment with Defendants. Defendants request that the Court set Plaintiff's deposition first. Plaintiff and Defendants are agreeable to allowing Defendants two days to complete Plaintiff's deposition.

3. The parties are not aware of any issue relating to disclosure or discovery of electronically stored information at this time.

4. The parties are not aware of any issues relating to claims of privilege or of protection of trial-preparation material at this time.

5. No changes should be made on the limitation of discovery imposed by the Federal Rules of Civil Procedure or local discovery rules.

6. The parties do not request any court orders pursuant to FRCP 26(c) or Rule 16(b).

///

///

PARTIES' JOINT DISCOVERY PLAN (Case No. 3:08-cv-02040-TEH)   1546870.1

| | | |
|---|---|---|
| 1 | DATED: July 14, 2008 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: /s/ Jahmal T. Davis |
|   | | PATRICK GLENN |
| 4 | | KEVIN D. REESE |
|   | | JAHMAL T. DAVIS |
| 5 | | Attorneys for Defendants |
|   | | AMERICA WEST AIRLINES, INC. and |
| 6 | | U.S. AIRWAYS, INC. |
| 7 | DATED: July 14, 2008 | LAW OFFICES OF CURTIS G. OLER |
| 8 | | |
| 9 | | By: /s/ Curtis G. Oler |
|   | | CURTIS G. OLER |
| 10 | | Attorneys for Plaintiff |
|    | | CLARISE JOY STEMLEY |

- 3 -