UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: July 28, 2008

**Case No:** C 08-02040 TEH

**Case Title**: CLARISE JOY STEMLEY v. AMERICA WEST AIRLINES, INC., et al.

**Appearances:**

    For Plaintiff(s): no appearance

    For Defendant(s): Kevin Reese

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

### PROCEEDINGS

1. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                      ( ) Denied
                      ( ) Granted in part/Denied in part
                      ( ) Taken under submission
                      ( ) Withdrawn/Off Calendar
                      (X) Continued to: **Monday, 10/06/08 @ 1:30 PM for CMC/OSC**

### SUMMARY

- Parties shall file a joint CMC statement 7 days prior to the next hearing.
- Defense counsel shall write plaintiff's counsel informing him of the order to show cause for failure to appear to be heard on October 6, 2008.