1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, California 94115
3  Telephone: 415 346-8015
   Facsimile: 415 346-8238
4
   Attorney for Plaintiff
5     CLARISE JOY STEMLEY

6

7
                IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
                     IN AND FOR THE COUNTY OF ALAMEDA
9
                          UNLIMITED JURISDICTION
10

11
   CLARISE JOY STEMLEY,                  )   NO.3:08-CV-02040-THE
12                                       )
            Plaintiff,                   )   DECLARATION OF CURTIS G. OLER IN
13                                       )   RESPONSE TO COURT'S ORDER TO
        vs.                              )   SHOW CAUSE
14                                       )
   AMERICA WEST AIRLINES, INC.;          )
15 US AIRWAYS, INC.; and                 )
   DOES 1 THROUGH 25,                    )
16                                       )
            Defendants.                  )
17 _____)

18         I, CURTIS G. OLER, depose and say:

19         1. I am an attorney at law authorized to practice before the above entitled court and all

20 Courts of the State of California and am the attorney for Plaintiff herein.

21         2. At case management conference herein on July 28, 2008, at 1:30 P.M., this court

22 continued same to October 6, 2008 at 1:30 P.M., and issued an Order to Show Cause re:

23 Plaintiff's undersigned counsel's failure to attend appear at same.

24         3. On late Tuesday evening, July 29, 2008, said minute order and the voice mail left by

25 the Courtroom deputy left on Monday afternoon were retrieved by this office.

26         4. Unfortunately and regrettably for reasons still not yet clarified, I was provided with an

27

28  Decl of Curtis G. Oler In Res to OSC            1

appearance calendar which did not reflect said case management conference herein set for July 28, 2008, at 1:30 P.M., but left my calendar open for consultations outside the area on both Monday and Tuesday.

5. I was shocked that I had inadvertently failed to appear at said case management conference and hereby inform this court that to the best of my recollection, I have never failed to appear at a proceeding set by any court without prior adequate notice to the court of an unavoidable inability to appear at said proceeding during my more than 50 years of practice.

6. I sincerely apologize to this court and to opposing counsel for my unintentional failure to appear at said case management conference and any inconvenience or disruption caused thereby. This court is assured that there will be no reoccurrence of this nature.

7. Accordingly, I respectfully request that this court withdraw its pending order to show cause.

I declare under penalty of perjury of the laws of the State of California that I have personal knowledge of the above, which is true and correct, and if called upon to do so, could and would competently testify thereto.

Executed July 30th , 2008, in Francisco, California.

_____
CURTIS G. OLER
Attorney for Plaintiff

Decl of Curtis G. Oler In Res to OSC     3