# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Stemley,<br><br>             Plaintiff(s),<br><br>   v.<br><br>America West Airlines Inc.,<br><br>             Defendant(s). | 08-02040 TEH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Kristen W. Maloney**
Law Offices of Kristen W. Maloney
14 Sunrise Hill Road
Orinda, CA 94563
925-254-6786
kwmalo@pacbell.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-02040 TEH MED                                 - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: August 5, 2008

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-02040 TEH MED                        - 2 -