**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARISE JOY STEMLEY, | No. C 08-2040 TEH |
| Plaintiff, | |
| v. | **ORDER VACATING ORDER TO SHOW CAUSE** |
| AMERICA WEST AIRLINES, et. al., | |
| Defendants. | |

The Court is in receipt of attorney Curtis Oler's Response to this Court's Order to Show Cause why he should not be sanctioned for failure to appear at the case management conference in this matter on July 28, 2008. The Court accepts the Response. Accordingly, the Order to Show Cause is hereby VACATED.

The case management conference set for October 6, 2008 remains on calendar.

**IT IS SO ORDERED.**

Dated: August 7, 2008

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE